No. 86–1049. City of Little Rock, Arkansas *v.* Williams. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *St. Louis* v. *Praprotnik, ante*, p. 112.

No. 87–852. Union Oil Company of California *v.* Sierra Club. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gwaltney of Smithfield, Ltd.* v. *Chesapeake Bay Foundation, Inc.*, 484 U. S. 49 (1987).

No. — – ——. Murray *v.* United States. Motion to direct the Clerk to file the petition for writ of certiorari from the Judicial Council for the Ninth Circuit denied.

No. 94, Orig. South Carolina *v.* Baker, Secretary of the Treasury. Motion for clarification of the order entered December 7, 1987 [484 U. S. 973], granted. One-half of the total fee application filed November 4, 1987, is to be paid by the United States. One-fourth of the total fee application is to be paid by the State of South Carolina. One-fourth of the total fee application is to be paid by the National Governors' Association. [For earlier order herein, see, *e. g.*, 484 U. S. 973.]

No. 105, Orig. Kansas *v.* Colorado. Joint motion for approval of expenses incurred by Special Master Wade H. McCree, Jr., deceased, granted, and the allocation set forth in the motion is approved. [For earlier order herein, see, *e. g.*, 484 U. S. 910.]

No. 108, Orig. Nebraska *v.* Wyoming et al. Motion of Basin Electric to file a response to plaintiff's motion to amend petition granted. Motion of plaintiff to amend petition for an order enforcing decree and for injunctive relief denied. [For earlier order herein, see, *e. g.*, 484 U. S. 1040.]